UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

McDARREN CLYDE PASCHAL,
          Plaintiff,

-vs-                                      Case No. 6:05-cv-722-Orl-18KRS

HOLLY LYNN PASCHAL,
GEORGE W. MAXWELL, III,
JENNIFER OPAL TAYLOR,
PETER PANCOAST,
          Defendants.
_____

## ORDER

This case is before the Court on the Petition, Claim and Complaint (Doc. 1) filed by Plaintiff McDarren Clyde Paschal on May 11, 2005.  The Complaint alleges that it is a petition for removal from the 18th Judicial Circuit in and for Brevard County, Florida.[1]  The procedure for removal of a case to federal court is set forth in 18 U.S.C. § 1446, which provides:

> (a) A defendant or defendants desiring to remove any civil action or criminal prosecution from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

Plaintiff failed to file a notice of removal and a copy of all process, pleadings, and orders served upon him in the state court actions.  In addition, it appears that Plaintiff's Complaint

---

[1] Plaintiff lists the cases removed as 2004-DR-008223 - XXXX-XX and 05-2004-DR-21547-XXXX-XX.

seeks to add parties who do not appear to be parties in the state court actions.[2] Because Plaintiff's pleading does not comply with 18 U.S.C. § 1446, the Petition, Claim and Complaint (Doc. 1) is hereby **DISMISSED**. All pending motions are denied as moot. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___13___ day of June, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party

---

[2] It appears that this action arises from a domestic relations suit(s) in state court. Defendant Jennifer Opal Taylor is described by Plaintiff as a Special Magistrate in that case, George W. Maxwell, III is described as the Judge presiding in that case, and Peter Pancoast is described as an attorney in that case. Complaint, p. 2.